No. 59915.—Hoffer & Slone and H. W. Robinson & Co., Inc., et al. v. United States, protests 196438–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of chalk-white stones, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.

No. 59916.—The Oval Manufacturing Co., Inc., and Inter-Maritime Fwdg. Co., Inc. v. United States, protests 199728–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of chalk-white stones, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.